O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JOSEPH REED, | ) Case No. CV 10-5783-PA (DTB) |
| Plaintiff, | ) |
| vs. | ) ORDER ACCEPTING FINDINGS, CONCLUSIONS AND |
| KEVIN LOWE, et al., | ) RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Superseding Report and Recommendation of the United States Magistrate Judge. No objections to the Superseding Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

///
///
///
///

1

IT THEREFORE IS ORDERED that defendant's Motion to Dismiss is GRANTED and that Judgment be entered dismissing this action without prejudice.

Dated: April 26, 2012

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE