JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JOSEPH REED, | ) Case No. CV 10-5783-PA (DTB) |
| Plaintiff, | ) |
| vs. | ) **J U D G M E N T** |
| KEVIN LOWE, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that defendant's Motion to Dismiss is granted and this action is dismissed without prejudice.

Dated: April 26, 2012

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE